IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 2:26-cr-20005-001

JUAN EDGAR BARAJAS DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 80. Judge Ford recommended that the Court accept Defendant Barajas's guilty plea. Both parties have waived the right to object to the R&R for the purpose of expediting the acceptance of the guilty plea in this matter. ECF No. 80, at 2.

The Court has reviewed this case and, being well and sufficiently advised, finds that the R&R is proper. Thus, the Court hereby **ADOPTS** the R&R (ECF No. 80) in its entirety. Accordingly, Defendant Barajas's plea of guilty as to Count Seven (7) of the Superseding Indictment (ECF No. 54) is accepted. The written plea agreement will be subject to final approval by the undersigned at sentencing. The Court directs the United States Probation Office to prepare a Presentence Investigation Report in this matter.

**IT IS SO ORDERED**, this 2nd day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge